■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL VELASQUEZ, Appellant. [677 NYS2d 920] —Judgment, Supreme Court, New York County (Michael Corriero, J.), entered February 26, 1996, convicting defendant, upon his plea of guilty, of robbery in the first degree, and sentencing him to a term of 6 to 18 years, unanimously affirmed.

Defendant's suppression motion was properly denied. The principal informant's statements, which were based on personal observations, were amply corroborated by other sources including the citizen witness and a co-defendant (see, People v DiFalco, 80 NY2d 693). Defendant's right to counsel

had not attached at the time of his statements (*People v Bing*, 76 NY2d 331), and the record supports the court's finding that defendant never requested an attorney. Defendant's remaining contentions are unpreserved and without merit. Concur—Lerner, P. J., Wallach, Rubin and Saxe, JJ.